The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>Defendant. | Case No.  2:17-cv-01558-JLR (Lead Case)<br>Case No.  2:17-cv-01562-JLR<br><br>**RULE 41(A)(1)(A)(I) NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby give notice that Case No. 2:17-cv-1562 JLR is hereby voluntarily dismissed without prejudice against the Defendant, HTC America, Inc.

Defendant, HTC America, Inc., has not filed either an answer or a motion for summary judgment in this matter.

**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE – 1**
Case No.  2:17-cv-01558-JLR (Lead Case)
Case No.  2:17-cv-01562-JLR

1

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

Dated: May 31, 2018

Respectfully submitted,

*s/ Al Van Kampen*
Al Van Kampen, WSBA No. 13670
David E. Crowe, WSBA No. 43529
Van Kampen & Crowe PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Tel: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com
       DCrowe@VKClaw.com

Aaron S. Jacobs (Pro Hac Vice)
James J. Foster (Pro Hac Vice)
Prince Lobel Tye LLP
One International Place - Suite 3700
Boston, MA 02110
Tel: 617-456-8000
Email: ajacobs@princelobel.com
Email: jfoster@princelobel.com

ATTORNEYS FOR THE PLAINTIFFS

**Declaration of Service**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| YARMUTH WILSDON PLLC<br>Molly A. Terwilliger, WSBA No. 28449<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (206) 516-3800<br>Fax: (206) 516-3888<br>mterwilliger@yarmuth.com<br><br>*Attorneys for Defendant HTC America, Inc.* | VINSON & ELKINS LLP<br>Fred I. Williams *(pro hac vice)*<br>Mario A. Apreotesi *(pro hac vice)*<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>Telephone: (512) 542-8400<br>Fax: (512) 542-8612<br>fwilliams@velaw.com<br>mapreotesi@velaw.com<br><br>Todd Landis *(pro hac vice)*<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201<br>Telephone: (214) 220-7700<br>Fax: (214) 220-7716<br>tlandis@velaw.com<br>eklein@velaw.com<br><br>*Attorneys for Defendant HTC America, Inc.* |

**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE – 2**
Case No.  2:17-cv-01558-JLR (Lead Case)
Case No.  2:17-cv-01562-JLR

2

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

Signed at Seattle, Washington this 31st day of May, 2018.

*s/ Al Van Kampen*
Al Van Kampen

**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE – 3**
Case No.  2:17-cv-01558-JLR (Lead Case)
Case No.  2:17-cv-01562-JLR

2

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353